LAW OFFICES
# HARTMAN & WINNICKI, P.C.

Dariusz M. Winnicki \*º
Richard L. Ravin \*º□
Daniel L. Schmutter\*
Andrew T. Wolfe\*

_____

\* New York and New Jersey Bars
º Florida Bar
□ Washington, D.C. Bar
◊ New Jersey Bar

74 PASSAIC STREET
RIDGEWOOD, NEW JERSEY 07450

\* \* \*

WEBSITE
www.hartmanwinnicki.com

Phone: (201) 967-8040
Fax:    (201) 967-0590

_____

Porter E. Hartman (1920-2009)
Charles R. Buhrman (1938-1994)
William T. Marsden (1943-1993)
Cyrus D. Samuelson (1911-1998)

May 14, 2020

**VIA ECF**
Hon. Karen M. Williams, U.S.M.J.
Mitchell H. Cohen Building
& U.S. Courthouse
4th & Cooper Streets
Camden, NJ 08101

    Re:    **Ricci v. Murphy**
           **Case No.: 20-cv-5800-NLH-KMW**

Dear Judge Williams:

    We represent Plaintiffs in the above referenced matter.  Attached please find the Declaration of Daniel L. Schmutter with attached certifications and a proposed form of order for the admission *pro hac vice* of David H. Thompson, Peter A. Patterson, and Steven J. Lindsay of the District of Columbia law firm Cooper & Kirk PLLC on behalf of Plaintiffs.

    All counsel have consented.

    Thank you for your attention in this regard.

                Respectfully submitted,

                s/ Daniel L. Schmutter
                DANIEL L. SCHMUTTER

DLS/srs
cc:    Stuart Feinblatt (via email)
       Joseph Fanaroff (via email)
       Bryan Lucas (via email)
       David H. Thompson
       Peter A. Patterson
       Steven J. Lindsay