

| | **State of New Jersey** | |
|---|---|---|
| PHILIP D. MURPHY<br>*Governor* | OFFICE OF THE ATTORNEY GENERAL<br>DEPARTMENT OF LAW AND PUBLIC SAFETY<br>DIVISION OF LAW<br>124 Halsey Street<br>P.O. Box 45029<br>Newark, NJ 07101 | GURBIR S. GREWAL<br>*Attorney General* |
| SHEILA Y. OLIVER<br>*Lt. Governor* | | MICHELLE L. MILLER<br>*Director* |

May 20, 2020

**Via CM/ECF eFile**
Hon. Noel L. Hillman, U.S.D.J.
Mitchell H. Cohen U.S. Courthouse
One John F. Gerry Plaza, P.O. Box 2797
Camden, New Jersey 08101

    **Re:  *Ricci v. Murphy*
        Civil Action No. 1:20-cv-05800-NLH-KMW**

Dear Judge Hillman:

    This office represents Defendants New Jersey Governor Philip D. Murphy, Attorney General Gurbir S. Grewal, and New Jersey State Police Superintendent Patrick J. Callahan in the above-referenced matter. We write, with the consent of the Plaintiffs, to submit the attached consent order administratively terminating this action for Your Honor's consideration.

    Thank you for your attention to this matter.

                      Respectfully submitted,

                      GURBIR S. GREWAL
                      ATTORNEY GENERAL OF NEW JERSEY

            By:  /s/ Bryan Edward Lucas
                  Bryan Edward Lucas
                  Deputy Attorney General

cc: Stuart M. Feinblatt, AAG        **(Via Email & CM/ECF)**
    Daniel L. Schmutter, Esq.        **(Via Email & CM/ECF)**



124 HALSEY STREET • TELEPHONE: (973) 648-7811 • FAX: (973) 648-7782
*New Jersey Is An Equal Opportunity Employer • Printed on Recycled Paper and Recyclable*

GURBIR S. GREWAL
ATTORNEY GENERAL OF NEW JERSEY
124 Halsey Street
P.O. Box 45029
Newark, NJ 07101
Attorney for Defendants,
   Philip D. Murphy, Gurbir S. Grewal,
   and Patrick J. Callahan

By:  Bryan Edward Lucas (108462015)
     Deputy Attorney General
     (973) 648-7811
     Bryan.Lucas@law.njoag.gov

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**
**CAMDEN VICINAGE**

| | |
|---|---|
| DELORES RICCI, *and* ASSOCIATION OF NEW JERSEY RIFLE & PISTOL CLUBS, INC.,<br><br>  *Plaintiffs,*<br><br> v.<br><br>PHILIP D. MURPHY, in his official capacity as the Governor of New Jersey, *and* GURBIR S. GREWAL, in his official capacity as Attorney General of New Jersey, *and* PATRICK J. CALLAHAN, in his official capacity as Superintendent of the New Jersey Division of State Police and as State Director of Emergency Management,<br><br>  *Defendants.* | Hon. Noel L. Hillman, U.S.D.J.<br>Hon. Karen M. Williams, U.S.M.J.<br><br>Docket No. 1:20-cv-05800-NLH-KMW<br><br><u>**CIVIL ACTION**</u><br><br>**CONSENT ORDER ADMINISTRATIVELY TERMINATING ACTION** |

  **THIS MATTER** having come before the Court by way of a joint application by the parties, and all parties having consented to administrative termination of this matter, and for good cause shown,

**IT IS, on this \_\_\_\_\_ day of May, 2020, ORDERED** that this action is **ADMINISTRATIVELY TERMINATED,** without prejudice to any party's right to make a letter request to restore this matter to the active docket at the appropriate time.

                                                  HON. NOEL L. HILLMAN, U.S.D.J.

The undersigned attorneys hereby consent to the form and entry of the foregoing Order.

GURBIR S. GREWAL
ATTORNEY GENERAL OF NEW JERSEY

By: /s/ Bryan Edward Lucas     /s/ Daniel L. Schmutter
    Bryan Edward Lucas         Daniel L. Schmutter, Esq.
    Deputy Attorney General     *Attorney for Plaintiffs*
    *Attorney for Defendants*

Dated: May 20, 2020           Dated: May 20, 2020